UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

L.D. and A.D, individually and on behalf of their child, V.D.,

                Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION, NEW YORK CITY BOARD OF EDUCATION, and CHANCELLOR DAVID BANKS, in his official capacity,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 6530 (ALC) (SLC)

**AMENDED ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request at ECF No. 15 is GRANTED, and the Court orders as follows:

1. By **April 25, 2013**, the parties shall file a joint letter reporting on the status of their settlement discussion.

2. The initial case management conference scheduled for March 7, 2023 at 11:00 am is ADJOURNED to **Tuesday, May 16, 2023 at 10:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. At the conference, the parties must be prepared to discuss the subjects set forth in Fed. R. Civ. P. 16(b) and (c).

3. Counsel shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by **May 9, 2023**, file a Report of Rule 26(f) Meeting and Proposed Case Management Plan, via ECF, signed by counsel for each party. A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave. To the extent the parties disagree

about any portion of the Proposed Case Management Plan, they may set forth their respective proposals for the disputed provision, <u>without argument</u>.

The Clerk of Court is respectfully directed to close ECF No. 15.

Dated: New York, New York
March 1, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge