UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

L.D. and A.D, individually and on behalf of their child, V.D.,

                      Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION, NEW YORK CITY BOARD OF EDUCATION, and CHANCELLOR DAVID BANKS, in his official capacity,

                      Defendants.

CIVIL ACTION NO.: 22 Civ. 6530 (ALC) (SLC)

**AMENDED ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

**SARAH L. CAVE,** United States Magistrate Judge.

The initial case management conference scheduled for **May 16, 2023 at 10:00 am** is ADJOURNED to **Wednesday, May 31, 2023 at 10:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. At the conference, the parties must be prepared to discuss the subjects set forth in Fed. R. Civ. P. 16(b) and (c). Counsel shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by **May 24, 2023**, file a Report of Rule 26(f) Meeting and Proposed Case Management Plan, via ECF, signed by counsel for each party. A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave. To the extent the parties disagree about any portion of the Proposed Case Management Plan, they may set forth their respective proposals for the disputed provision, <u>without argument</u>.

All other terms of the Court's order at ECF No. 16 remain in effect.

Dated:    New York, New York
            April 24, 2023

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**