UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L.D. and A.D, individually and on behalf of their child, V.D., <br><br> Plaintiffs, <br><br> -v- <br><br> NEW YORK CITY DEPARTMENT OF EDUCATION, NEW YORK CITY BOARD OF EDUCATION, and CHANCELLOR DAVID BANKS, in his official capacity, <br><br> Defendants. | CIVIL ACTION NO.: 22 Civ. 6530 (ALC) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request at ECF No. 22 is GRANTED, and the Court orders as follows:

1. The initial case management conference scheduled for May 31, 2023 is ADJOURNED sine die pending resolution of the parties' settlement efforts.

2. By **June 21, 2023**, the parties shall file a joint letter reporting on the status of their settlement efforts.

The Clerk of Court is respectfully directed to close ECF No. 22.

Dated:   New York, New York
         May 25, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**