UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L.D. and A.D, individually and on behalf of their child, V.D.,<br><br>         Plaintiffs,<br><br> -v-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, NEW YORK CITY BOARD OF EDUCATION, and CHANCELLOR DAVID BANKS, in his official capacity,<br><br>         Defendants. | CIVIL ACTION NO.: 22 Civ. 6530 (ALC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On December 1, 2023, the Court directed the parties to file a joint letter (the "Letter") by December 12, 2023 reporting on the status of the parties' settlement efforts. (ECF No. 35). The parties did not file the Letter by the Court-ordered deadline. As a one-time courtesy, the Court sua sponte extends this deadline, and directs the parties to file the Letter by **December 14, 2023**.

Dated:  New York, New York
     December 13, 2023

               SO ORDERED.

               _____
               **SARAH L. CAVE**
               **United States Magistrate Judge**