UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L.D. and A.D, individually and on behalf of their child, V.D., <br><br>                         Plaintiffs, <br><br>-v- <br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, NEW YORK CITY BOARD OF EDUCATION, and CHANCELLOR DAVID BANKS, in his official capacity, <br><br>                         Defendants. | CIVIL ACTION NO.: 22 Civ. 6530 (ALC) (SLC) <br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On December 21, 2023, the Court directed the parties to file by January 17, 2024 a joint letter (the "Letter") reporting on the status of their settlement efforts. (ECF No. 40). The parties did not file the Letter by the Court-ordered deadline. As a one-time courtesy, the Court <u>sua sponte</u> extends this deadline, and directs the parties to file the Letter by **January 19, 2024**.

Dated:     New York, New York
              January 18, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**