UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L.D. and A.D, individually and on behalf of their child, V.D., <br><br>        Plaintiffs, <br><br> -v- <br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, NEW YORK CITY BOARD OF EDUCATION, and CHANCELLOR DAVID BANKS, in his official capacity, <br><br>        Defendants. | CIVIL ACTION NO.: 22 Civ. 6530 (ALC) (SLC) <br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On January 19, 2024, at the parties' request, the Court directed the parties to file by February 15, 2024 a stipulation of dismissal (the "Stipulation") for the attention of the Honorable Andrew L. Carter, Jr. (ECF No. 43). The parties did not file the Stipulation by the Court-ordered deadline. As a one-time courtesy, the Court sua sponte extends this deadline, and directs the parties to file the Stipulation by **February 20, 2024**.

Dated:  New York, New York
     February 16, 2024

                 SO ORDERED.

                 _____
                 **SARAH L. CAVE**
                 **United States Magistrate Judge**